## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**ERICA BEISWINGER,** individually and on behalf of all others similarly situated**,**

**Plaintiff,**

v().  Case No. 3:20-cv-1286-J-20PDB

**WEST SHORE HOME LLC,**

**Defendant.**

_____

## NOTICE OF SETTLEMENT AND MOTION TO STAY

Plaintiff Erica Beiswinger ("Plaintiff"), by and through undersigned counsel, hereby notifies the Court that the parties have reached an agreement in principle to settle the litigated claims in this case on a class-wide basis, subject to Court approval. The parties are presently drafting a written Settlement Agreement and related documents. Plaintiff will file the Settlement Agreement and related documents with the Court as part of a Motion for Preliminary Approval by September 24, 2021.

Based on the foregoing, the parties respectfully request that all current deadlines be suspended pending the filing of the proposed Settlement Agreement.

1

DATED this 30th day of August, 2021.　　Respectfully submitted,

/s/ Avi R. Kaufman
Avi R. Kaufman (Trial Counsel)
Florida State Bar # 84382
kaufman@kaufmanpa.com
Rachel E. Kaufman
Florida State Bar # 87406
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

Stefan Coleman
Florida State Bar # 30188
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, P.A.
201 S. Biscayne Blvd, 28th Floor
Miami, FL 33131
Telephone: (877) 333-9427
Facsimile: (888) 498-8946
*Attorneys for Plaintiff and the putative Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 30, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

　　　　　　　　　　　　　　　　　　*/s/ Avi R. Kaufman*