UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ERICA BEISWINGER,
Individually and on behalf
of all others similarly situated,

    Plaintiff,

v.                                               No. 3:20-cv-1286-HES-PDB

WEST SHORE HOME LLC, a
Pennsylvania Company

    Defendant.
_____/

## ORDER

    **THIS CAUSE** is before the Court on Plaintiff Erica Beiswinger's "Notice of Settlement and Motion to Stay." (Dkt. 21). The Notice indicates the parties have agreed to settle all claims on a class-wide basis and are in the process of finalizing the settlement agreement for later submission to the Court.

    Accordingly, it is **ORDERED**:

1. This action is hereby **DISMISSED without prejudice**, but the Court retains jurisdiction over this matter for the next **sixty (60) days**;

2. Any party may move this Court, within that sixty days, to enter a Dismissal with Prejudice, a stipulated form of Final Order or

Judgment, a Motion for Preliminary Approval or on good cause shown, to reopen this case for further proceedings; and

3. All remaining case deadlines are **STAYED**;

4. The Clerk is directed to **CLOSE** this case.

**DONE and ORDERED** at Jacksonville, Florida, this 31st day of August, 2021.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

**Copies to**:
Avi R. Kaufman, Esq.
Rachel E. Kaufman, Esq.
Stefan Coleman, Esq.
Ari N. Rothman, Esq.
Theodore Benson Randles, Esq.
Lansing C. Scriven, Esq.

2