UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ERICA BEISWINGER,
Individually and on behalf
of all others similarly situated,

    Plaintiff,

v.                                              No. 3:20-cv-1286-HES-PDB

WEST SHORE HOME LLC, a
Pennsylvania Company

    Defendant.
_____/

**ORDER**

    **THIS CAUSE** is before the Court on Plaintiff Erica Beiswinger's "Unopposed Motion for Extension" (Dkt. 23). The parties previously informed the Court they had reached a class settlement in principle. (Dkt. 21). The Court then Ordered the parties to submit their motion preliminary approval of the class action settlement by November 1, 2021. (Dkt. 22). However, Ms. Beiswinger has since passed away, and so counsel needs additional time "to finalize the filings necessary to substitute Ms. Beiswinger's estate as Plaintiff." (Dkt. 23, page 2). Counsel for West Shore Home, LLC does not oppose the relief requested.

    Accordingly, it is hereby **ORDERED**:

1. The Court maintains jurisdiction over this matter for the next **sixty (60) days**;

2. Any party may move this Court, within that sixty days, to enter a Dismissal with Prejudice, a stipulated form of Final Order or Judgment, a Motion for Preliminary Approval or on good cause shown, to reopen this case for further proceedings.

**DONE and ORDERED** at Jacksonville, Florida, this 2nd day of November, 2021.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

**Copies to:**
Avi R. Kaufman, Esq.
Rachel E. Kaufman, Esq.
Stefan Coleman, Esq.
Ari N. Rothman, Esq.
Theodore Benson Randles, Esq.
Lansing C. Scriven, Esq.